UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

EVA PEPAJ,

                    Plaintiff,

-against-

SKIPLAGGED, INC.

                    Defendant.

No. 1:25-cv-6133 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for a conference at 10:00 AM on May 5, 2026, at 500 Pearl Street, New York, New York 10007, Courtroom 12A.

    **SO ORDERED.**

Dated:    April 14, 2026
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1